AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
NICHOLAS LANTTANZI

)
)
)  Case: 1:22-mj-00005
)  Assigned To : Harvey, G. Michael
)  Assign. Date : 1/10/2022
)  Description: COMPLAINT W/ ARREST WARRANT
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____NICHOLAS LATTANZI_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 01/10/2022                               *G. Michael Harvey*
                                                *Issuing officer's signature*

City and state:  Washington, D.C.               G. Michael Harvey, U.S. Magistrate Judge
                                                *Printed name and title*

### Return

This warrant was received on *(date)* Jan 10, 2022 , and the person was arrested on *(date)* Jan. 11, 2022
at *(city and state)* Wilmington DE

Date: Jan. 11, 2022                             *[signature]*
                                                *Arresting officer's signature*

                                                TFO. Patrick Ramone
                                                *Printed name and title*